UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY OTTOWITZ,<br><br>Plaintiff,<br><br>-v-<br><br>SOHO MEDICAL DOCTORS, PLLC d/b/a SOHO MD, et al.,<br><br>Defendants. | 26-CV-06719 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

On **August 14, 2026**, Defendants SOHO Managing Co. d/b/a SOHOMD and SOHO Medical Doctors, PLLC d/b/a SOHO MD ("Defendants"), were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 5-6. To date, Defendants have failed to appear in this action. No later than **October 5, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge