FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 5, 2026

**VIA ECF**
Judge Jeannette A. Vargas
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

Re: Ottowitz v. Soho Medical Doctors, PLLC d/b/a SoHoMD, et al.
Case No.: 1:26-cv-06719 (JAV)

Dear Judge Vargas:

This firm represents Plaintiff Jeffrey Ottowitz in the above-referenced matter. We write pursuant to the Court's September 28, 2026 Order (ECF No. 7) to advise the Court of the status of service, to address Plaintiff's contact with Defendants, and to respectfully request a brief extension of time to serve the Order and file proof of such service.

Plaintiff filed the Complaint on August 6, 2026. (ECF No. 1.) On August 14, 2026, Plaintiff served the Summons and Complaint on Defendants Soho Medical Doctors, PLLC d/b/a SoHoMD and Soho Managing Company d/b/a SoHoMD (the "Corporate Defendants") through the New York Secretary of State pursuant to New York Limited Liability Company Law § 303 and New York Business Corporation Law § 306, respectively. Plaintiff filed proof of service on August 18, 2026. (ECF Nos. 5, 6.)

Plaintiff has reason to believe that Defendants have actual notice of this lawsuit. On August 14, 2026, an attorney advised me that she was representing one of the Corporate Defendants and would accept service on its behalf. I requested clarification from the attorney regarding her representation of the other Defendants. She advised me on August 26, 2026 that she expected to represent all Defendants and accept service on their behalf. Unfortunately, I spent the next month trying to confirm her representation and only learned on September 28, 2026 that she would not be representing any Defendants at all.

Because the attorney had advised that she expected to accept service on behalf of all Defendants, Plaintiff did not separately effect service on the Individual Defendants while those

discussions were ongoing. Plaintiff is now proceeding to serve the Individual Defendants and expect to do within the time provided by Federal Rule of Civil Procedure 4(m).

The Court's Order also directed Plaintiff to serve a copy of the Order on Defendants within two business days and to file proof of such service within three business days. Plaintiff inadvertently overlooked this directive, and we apologize to the Court for the oversight. Plaintiff is serving the Order on the Corporate Defendants today, October 5, 2026, by first-class mail and email, and will file proof of service tomorrow, October 6, 2026. Accordingly, Plaintiff respectfully requests that the Court extend, nunc pro tunc, Plaintiff's deadline to serve the Order to October 5, 2026, and Plaintiff's deadline to file proof of such service to October 6, 2026. This is Plaintiff's first request for an extension of these deadlines. Because no Defendant has appeared in this action, Plaintiff was unable to seek Defendants' consent to this request.

Thank you for your attention to this matter.

Respectfully Submitted,

--------------/s/------------
Michael Taubenfeld

The Court is in receipt of Plaintiff's response to the Court's September 28, 2026 Order. Plaintiff shall file a status report updating the Court on the status of service on all Defendants by **November 13, 2026.** Plaintiff's request for an extension of time to serve the September 28, 2026 Order, by **October 5, 2026,** is GRANTED, *nunc pro tunc*. Plaintiff's request to file proof of service of such service, by **October 6, 2026,** is GRANTED, *nunc pro tunc*. The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.
Dated: October 7, 2026

Jeannette Vargas
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE